AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| CYNTHIA STEWART JENKINS, <br><br> *Plaintiff(s)* <br> v. <br> PHH MORTGAGE CORPORATION dba PHH MORTGAGE SERVICES and NEWREZ LLC, <br><br> *Defendant(s)* | Civil Action No. 4:21-cv-01168 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHH MORTGAGE CORPORATION dba PHH MORTGAGE SERVICES
c/o its Registered Agent
Corporation Service Company dba CSC-Lawyers Incorporating Service Co.
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James J. Manchee
Manchee & Manchee, P.C.
2745 N. Dallas Parkway, #420
Plano, TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 12, 2021

*s/ D. Sillas*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-01168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

## AFFIDAVIT OF SERVICE

**State of Texas**                                                                 **Southern Texas US District Court**

Case Number: 4:21-CV-01168

Plaintiff:
**CYNTHIA STEWART JENKINS**

vs.

Defendant:
**PHH MORTGAGE CORPORATION D/B/A PHH MORTGAGE SERVICES AND NEWREZ, LLC**

Received by STINNETT PROCESS, LLC on the 12th day of April, 2021 at 11:53 am to be served on **PHH Mortgage Corporation d/b/a PHH Mortgage Services c/o RA: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 East 7th Street, Suite 620, Austin, TX 78701.**

I, Barbara C. Stinnett, being duly sworn, depose and say that on the **14th day of April, 2021** at **11:20 am, I:**

Delivered a true copy of the **Summons in a Civil Action, Complaint, Exhibit A, B, C, D, E, F, G, H I, J, Civil Cover Sheet and Plaintiff's Certificate of Interested Persons** with the date of service endorsed thereon by me, to **PHH Mortgage Corporation d/b/a PHH Mortgage Services c/o RA: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**, by delivering to its designated agent, **Samantha Guerra**, at the address of **211 East 7th Street, Suite 620, Austin, TX 78701, Travis County,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of Texas, County of Travis

Subscribed and Sworn to before me on the 14 day of April, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

MICHAEL R STINNETT
Notary ID #126498663
My Commission Expires
December 3, 2022

**Barbara C. Stinnett**
PSC-1181; Exp: 07/31/2022

**STINNETT PROCESS, LLC**
**15511 HWY 71 WEST**
**STE. 110-143**
**BEE CAVE, TX 78738**
**(512) 797-3399**

Our Job Serial Number: SNN-2021000617
Ref: 4:21-cv-01168 PHH Mortgage Corp.