# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA STEWART JENKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01168 |
| | § | |
| PHH MORTGAGE CORPORATION dba | § | |
| PHH MORTGAGE SERVICES and | § | |
| NEWREZ LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff Cynthia Stewart Jenkins hereby gives notice of serving her Initial Disclosures required by Federal Rules of Civil Procedure 26(a)(1) on Defendants PHH Mortgage Corporation dba PHH Mortgage Services and NewRez LLC, on July 28, 2021.

Respectfully submitted,

/s/ James J. Manchee
JAMES J. MANCHEE
Texas Bar No. 00796988
jim@mancheelawfirm.com
MANCHEE & MANCHEE, LLP
5048 Tennyson Parkway, Suite 250
Plano, Texas 75024
(972) 960-2240 Telephone
(972) 233-0713 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

/s/ James J. Manchee
James J. Manchee

**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES - Page 1**