IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA STEWART JENKINS, § § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Civil Action No. 4:21-cv-01168 |
| PHH MORTGAGE CORPORATION dba PHH MORTGAGE SERVICES and NEWREZ LLC, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Stewart Jenkins and Defendants PHH Mortgage Corporation dba PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC and NewRez LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and through their undersigned counsel, respectfully stipulate to dismiss Plaintiff's claims asserted, or which could have been asserted, as to Defendants, with prejudice, and with both parties bearing their own costs, fees, and expenses.

Dated: November 1, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ James J. Manchee* | */s/ Vincent J. Hess (w/permission)* |
| James J. Manchee | Robert T. Mowrey (Attorney-in-Charge) |
| Attorney-in-Charge | Texas Bar No. 14607500 |
| Texas Bar No. 00796988 | S.D. Bar No. 9529 |
| Southern Dist. of Texas Bar No. 2524180 | rmowrey@lockelord.com |
| jim@mancheelawfirm.com | Vincent J. Hess |
| MANCHEE & MANCHEE, PC | Texas Bar No. 09549417 |
| 5048 Tennyson Parkway, Suite 250 | S.D. Bar No. 20194 |
| Plano, Texas 75024 | vhess@lockelord.com |
| (972) 960-2240 (telephone) | Matthew H. Davis |
| (972) 233-0713 (fax) | Texas Bar No. 24069580 |
| | S.D. Bar No. 1124612 |
| **ATTORNEY FOR PLAINTIFF** | mdavis@lockelord.com |
| | LOCKE LORD LLP |
| | 2200 Ross Avenue, Suite 2800 |
| | Dallas, Texas 75201 |
| | (214) 740-8000 (Telephone) |
| | (214) 740-8800 (Telecopier) |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure.

              */s/ James J. Manchee*
              James J. Manchee